AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donato, James | U.S. District Court | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▓▓▓▓▓▓ -- commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Antitrust Spring Mtg | 3/26-28/2019 | Washington, D.C. | Speaker | Travel, lodging, food. |
| 2. | ABA Motor Vehicle Program | 4/4-5/2019 | San Diego, CA | Speaker | Travel, lodging, food. |
| 3. | ABA Tort Trial Program | 5/3-4/2019 | New York, NY | Speaker | Travel, lodging, food. |
| 4. | George Mason University Antitrust Economics | 12/7-14/2019 | Honolulu, HI | Conference | Travel, lodging, food. |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donato, James** | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Vanguard 529 Plan -- Age Based Conservative Growth Portfolio | C | Int./Div. | K | T | | | | | |
| 3. Vanguard 529 Plan -- Age Based Conservative Growth Portfolio | D | Int./Div. | L | T | | | | | |
| 4. Contributory IRA #1 | | | | | | | | | |
| 5. -- SPDR S&P 500 Index ETF | A | Int./Div. | J | T | | | | | |
| 6. -- DFA Int'l Small Cap Value | A | Int./Div. | J | T | | | | | |
| 7. -- IShares S&P 500 Index ETF | | Int./Div. | J | T | | | | | |
| 8. Contributroy IRA #2 | | | | | | | | | |
| 9. -- SPDR S&P 500 ETF | A | Int./Div. | J | T | Buy (add'l) | 11/25/19 | J | | |
| 10. -- DFA Int'l Value | | Int./Div. | J | T | | | | | |
| 11. -- Vanguard FTSE Developed Markets ETF | | Int./Div. | J | T | | | | | |
| 12. Brokerage Account #1 | | | | | | | | | |
| 13. --Schwab Advisor Cash Reserves Premier | A | Interest | K | T | | | | | |
| 14. -- Pimco Low Duration Fund | C | Int./Div. | L | T | | | | | |
| 15. -- Pimco Short-Term Instl. | B | Int./Div. | K | T | | | | | |
| 16. -- TIAA-Cref Bond Fund Instl. | B | Int./Div. | L | T | | | | | |
| 17. -- Vanguard Short-Term Bd Index Admiral | C | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donato, James** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Vanguard Total Bd Mkt Index Admiral | C | Int./Div. | L | T | Buy (add'l) | 07/29/19 | K | | |
| 19.  -- Pimco Real Return Instl. | B | Int./Div. | K | T | | | | | |
| 20.  -- Vanguard Fixed Income Inflation Protected | A | Int./Div. | K | T | | | | | |
| 21.  -- Pimco Foreign Bond Hedged | B | Int./Div. | K | T | | | | | |
| 22.  -- Invesco QQQ TR ETF | C | Int./Div. | K | T | | | | | |
| 23.  -- DFA Real Estate Securities | B | Int./Div. | K | T | | | | | |
| 24.  -- iShares S&P Small Cap 600 Index ETF | A | Int./Div. | K | T | Buy | 12/07/19 | K | | |
| 25.  -- SPDR S&P 500 Index ETF | D | Int./Div. | M | T | | | | | |
| 26.  -- DFA U.S. Large Cap Value | C | Int./Div. | M | T | | | | | |
| 27.  -- DFA U.S. Small Cap | B | Int./Div. | | | Sold | 12/06/19 | K | A | |
| 28.  -- DFA U.S. Small Cap Value | B | Int./Div. | L | T | | | | | |
| 29.  -- DFA Int'l Small Company | A | Int./Div. | K | T | | | | | |
| 30.  -- DFA Int'l Value | A | Int./Div. | L | T | | | | | |
| 31.  -- iShares MSCI EAFE Index ETF | B | Int./Div. | K | T | Buy (add'l) | 12/06/19 | J | | |
| 32.  -- Vanguard FTSE Developed Mkts ETF | A | Int./Div. | L | T | | | | | |
| 33.  -- DFA Emerging Mkts Core Equity | A | Int./Div. | K | T | | | | | |
| 34.  -- Pioneer ILS Interval FD SHS Ben Int | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donato, James** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ii IShares S&P 500 Index ETF | A | Int./Div. | J | T | | | | | |
| 36. Brokerage Account #2 | A | | | | | | | | |
| 37. -- Schwab Advisor Cash Reserves | A | Interest | J | T | | | | | |
| 38. Roth Conversion IRA #1 | | | | | | | | | |
| 39. -- Pimco Real Return Instl. | A | Int./Div. | J | T | | | | | |
| 40. -- SPDR S&P 500 Index ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 11/25/19 | J | | |
| 41. -- DFA U.S. Large Cap Value | A | Int./Div. | J | T | | | | | |
| 42. -- DFA U.S. Small Cap Value | A | Int./Div. | J | T | | | | | |
| 43. --DFA Int'l Value | A | Int./Div. | J | T | | | | | |
| 44. -- DFA Emerging Mkts Core Equit | A | Int./Div. | J | T | | | | | |
| 45. Roth Conversion IRA #2 | | | | | | | | | |
| 46. -- Vanguard Fixed Income Inflation Protected | A | Int./Div. | J | T | | | | | |
| 47. -- Vanguard Information Tech ETF | A | Int./Div. | K | T | | | | | |
| 48. -- SPDR S&P 500 Index ETF | A | Int./Div. | L | T | Sold<br>(part) | 11/25/19 | K | A | |
| 49. -- DFA U.S. Small Cap | A | Int./Div. | | | Sold | 12/06/19 | J | A | |
| 50. -- DFA Emerging Mkts Core Equity | A | Int./Div. | J | T | | | | | |
| 51. -- Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donato, James** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- iShares S&P Small Cap 600 Index ETF | A | Int./Div. | J | T | Buy | 12/06/19 | J | | |
| 53. Rollover IRA | | | | | | | | | |
| 54. --Pimco Low Duration Fund | A | Int./Div. | K | T | | | | | |
| 55. -- Pimco Short-term Instl | A | Int./Div. | K | T | | | | | |
| 56. -- Vanguard Total Bond Mkt Index Admiral | C | Int./Div. | M | T | Buy (add'l) | 11/25/19 | K | | |
| 57. -- Vanguard Fixed Income Inflation Protected | A | Int./Div. | K | T | | | | | |
| 58. -- Pimco Foreign Bond Hedged | A | Int./Div. | K | T | | | | | |
| 59. -- Vanguard Information Tech ETF | A | Int./Div. | K | T | | | | | |
| 60. -- SPDR S&P 500 Index ETF | C | Int./Div. | M | T | | | | | |
| 61. -- DFA U.S. Large Cap Value | C | Int./Div. | L | T | | | | | |
| 62. -- DFA U.S. Micro Cap | A | Int./Div. | K | T | | | | | |
| 63. -- DFA U.S. Small Cap Value | A | Int./Div. | K | T | | | | | |
| 64. -- DFA Int'l Small Company | A | Int./Div. | J | T | | | | | |
| 65. -- DFA Int'l Value | A | Int./Div. | J | T | | | | | |
| 66. -- Vanguard FTSE Developed Mkts ETF | A | Int./Div. | K | T | | | | | |
| 67. -- DFA Emergin Mkts Core Equity | A | Int./Div. | K | T | | | | | |
| 68. -- Pioneer ILS Interval FD SHS Ben Int | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donato, James** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   --TIAA Cref Bond Fund Instl | A | Int./Div. | K | T | Buy<br>(add'l) | 07/29/19 | K | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donato, James** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 08/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Donato**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544